

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2018

No. 04-18-00232-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

This court's opinion and order issued September 26, 2018. In our opinion and order, we ordered the trial court to: (1) vacate its order denying relator's motion to compel appraisal and abate; (2) order the parties to engage in the appraisal process pursuant to the terms of the appraisal clause; and (3) abate the litigation pending completion of the appraisal process. The trial court immediately complied with our order, rendering an order on September 26, 2018, vacating its prior order, ordering the parties to engage in the appraisal process, and abating the matter until completion of the process.

On October 16, 2018, the real party in interest filed a motion asking the trial court to "stay the appraisal process until all appellate remedies are exhausted and a final appellate order on whether an appraisal is required is rendered." The trial court set a hearing on the motion for October 25, 2018. After the hearing, the trial court denied the motion for stay.

---

[1] This proceeding arises out of Cause No. 2017CI22084, styled *S.A. Villas, LP v. Acceptance Indemnity Insurance Company, Crawford & Company, and Danny Brown*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.

The day after the trial court denied their motion, the real party in interest filed in this court a "Motion to Stay the Appraisal Process."  In this motion, just as in the one filed in the trial court, the real party in interest asks this court to stay the appraisal process until "all appellate remedies are exhausted and a final appellate order on whether appraisal is required in this case is rendered."  We interpret this to mean that the real party in interest requests a stay until this court has disposed of any motion for rehearing or motion for en banc reconsideration.  Such motions, if any, are due in this court on October 31, 2018.

After reviewing the motion to stay filed by the real party in interest, we **GRANT** the "Motion to Stay the Appraisal Process" and **ORDER** the appraisal process stayed pending this court's resolution of any motion for rehearing or motion for en banc reconsideration filed by the real party in interest or until further order of this court.

It is so **ORDERED** on November 7, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court